**Fill in this information to identify the case:**

Debtor Name: Joseph C. Rallo

United States Bankruptcy Court for the: District of Maine

Case number: 21-20135

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: February 2022

Date report filed: 03/15/2022
MM / DD / YYYY

Line of business: Construction

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Debtor

Original signature of responsible party: /s/ Jhallo

Printed name of responsible party: Joseph C. Rallo

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☒ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name: Joseph C. Rallo                                    Case number: 21-20135

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**   $ 1,003.20

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 9,584.69

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 10,055.80

22. **Net cash flow**   + $ -471.11

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**   = $ 532.09

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00
    *(Exhibit E)*

Debtor Name  Joseph C. Rallo                              Case number 21-20135

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  0
27. What is the number of employees as of the date of this monthly report?  0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?  $ 0.00
31. How much have you paid in total other professional fees since filing the case?  $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** (Copy lines 35-37 from the previous month's report.) | − | *Column B* **Actual** (Copy lines 20-22 of this report.) | = | *Column C* **Difference** (Subtract Column B from Column A.) |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 7,409.00 | − | $ 9,584.69 | = | $ 2,175.69 |
| 33. **Cash disbursements** | $ 6,709.00 | − | $ 10,055.80 | = | $ -3,346.80 |
| 34. **Net cash flow** | $ 700.00 | − | $ -471.11 | = | $ -1,171.11 |

35. Total projected cash receipts for the next month:  $ 6,435.00
36. Total projected cash disbursements for the next month:  − $ 5,235.00
37. Total projected net cash flow for the next month:  = $ 1,200.00

Debtor Name  Joseph C. Rallo                                    Case number 21-20135

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.





T        STATEMENT OF ACCOUNT

JOSEPH RALLO                                              Page:                            1 of 6
DIP CASE 21-20135 DIST ME                                 Statement Period:    Jan 11 2022-Feb 10 2022
93 LIMERICK ROAD                                          Cust Ref #:                        -###
ARUNDEL ME  04046                                         Primary Account #:                 6273

## Chapter 11 Checking

JOSEPH RALLO                                                                    Account #      6273
DIP CASE 21-20135 DIST ME

### ACCOUNT SUMMARY

| | | | |
|---|---:|---|---:|
| Beginning Balance | 1,079.93 | Average Collected Balance | 1,037.82 |
| Electronic Deposits | 4,818.61 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 5,427.58 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 470.96 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/14 | ACH DEPOSIT, TOP TO BOTTOM LL NET=PAY 3 | 1,106.19 |
| 01/18 | DEBIT CARD CREDIT, *****72009833556, AUT 011822 VISA DDA REF<br>TARGET COM          800 591 3869  * MN | 99.45 |
| 01/21 | ACH DEPOSIT, TOP TO BOTTOM LL NET=PAY 3 | 1,106.19 |
| 01/25 | DEBIT CARD CREDIT, *****72009833556, AUT 012422 VISA DDA REF<br>EXPERIAN  CREDIT REPORT    479 3436237   * CA | 4.51 |
| 01/28 | ACH DEPOSIT, TOP TO BOTTOM LL NET=PAY 3 | 1,106.19 |
| 01/28 | DEBIT CARD CREDIT, *****72009833556, AUT 012622 VISA DDA REF<br>WM SUPERCENTER  1954     SANFORD      * ME | 15.80 |
| 02/02 | RTP RCVD, VENMO | 443.25 |
| 02/04 | ACH DEPOSIT, TOP TO BOTTOM LL NET=PAY 3 | 740.03 |
| 02/07 | RTP RCVD, VENMO | 197.00 |
| | Subtotal: | 4,818.61 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/11 | DEBIT CARD PURCHASE, *****72009833556, AUT 010922 VISA DDA PUR<br>AMAZON COM 7Q3VO0AY3    AMZN COM BILL * WA | 31.20 |
| 01/11 | DEBIT CARD PURCHASE, *****72009833556, AUT 011022 VISA DDA PUR<br>PANERA BREAD  203430 O    207 284 0444  * ME | 16.18 |
| 01/12 | DEBIT CARD PURCHASE, *****72009833556, AUT 011022 VISA DDA PUR<br>AMAZON COM U94CZ5CO3 AMZ   AMZN COM BILL * WA | 144.83 |
| 01/12 | DEBIT CARD PAYMENT, *****72009833556, AUT 011122 VISA DDA PUR<br>PROGRESSIVE LEASING      877 898 1970  * UT | 55.65 |
| 01/12 | DEBIT POS, *****72009833556, AUT 011222 DDA PURCHASE<br>WM SUPERC WAL MART SUP     BIDDEFORD     * ME | 36.74 |
| 01/12 | DEBIT CARD PURCHASE, *****72009833556, AUT 011122 VISA DDA PUR<br>DOMINO S 9564         207 641 3133  * ME | 27.00 |
| 01/12 | DEBIT CARD PURCHASE, *****72009833556, AUT 011122 VISA DDA PUR<br>APPLE COM BILL         866 712 7753  * CA | 15.81 |

## How to Balance your Account

Page: 2 of 6

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 470.96 |
| ② Total Deposits | + |
| ③ Sub Total | |
| ④ Total Withdrawals | - |
| ⑤ Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**STATEMENT OF ACCOUNT**

JOSEPH RALLO
DIP CASE 21-20135 DIST ME

Page: 3 of 6
Statement Period: Jan 11 2022-Feb 10 2022
Cust Ref #: -###
Primary Account #: 6273

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/13 | DEBIT CARD PURCHASE, *****72009833556, AUT 011222 VISA DDA PUR<br>TST  DELI  CO         207 286 3842  * ME | 31.47 |
| 01/14 | DEBIT CARD PURCHASE, *****72009833556, AUT 010822 VISA DDA PUR<br>WALMART COM AA        800 966 6546  * AR | 279.89 |
| 01/14 | DEBIT CARD PURCHASE, *****72009833556, AUT 011322 VISA DDA PUR<br>TST  DELI  CO         207 286 3842  * ME | 33.74 |
| 01/14 | DEBIT CARD PURCHASE, *****72009833556, AUT 011222 VISA DDA PUR<br>AROMA JOES COFFEE  8    BIDDEFORD   * ME | 9.34 |
| 01/14 | DEBIT CARD PURCHASE, *****72009833556, AUT 011322 VISA DDA PUR<br>DUNKIN  354473 Q35      207 229 8600  * ME | 5.92 |
| 01/14 | DEBIT CARD PAYMENT, *****72009833556, AUT 011322 VISA DDA PUR<br>APPLE COM BILL        866 712 7753  * CA | 5.26 |
| 01/18 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****992267627 | 250.00 |
| 01/18 | DEBIT CARD PURCHASE, *****72009833556, AUT 011522 VISA DDA PUR<br>FH  GREAT GLEN TRAILS     WWW  GREATGLEN * NH | 125.08 |
| 01/18 | DEBIT CARD PURCHASE, *****72009833556, AUT 011522 VISA DDA PUR<br>TARGET COM            800 591 3869  * MN | 99.45 |
| 01/18 | DEBIT CARD PURCHASE, *****72009833556, AUT 011522 VISA DDA PUR<br>SEBAGO BREWING KENNEBUN    KENNEBUN    * ME | 91.42 |
| 01/18 | DEBIT CARD PURCHASE, *****72009833556, AUT 011622 VISA DDA PUR<br>AMZN MKTP US ZV85S1OF3    AMZN COM BILL * WA | 73.69 |
| 01/18 | DEBIT CARD PURCHASE, *****72009833556, AUT 011422 VISA DDA PUR<br>LONGHORN STEAK 0125283    BIDDEFORD    * ME | 65.75 |
| 01/18 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****978493863 | 60.00 |
| 01/18 | DEBIT CARD PURCHASE, *****72009833556, AUT 011622 VISA DDA PUR<br>TARGET COM            800 591 3869  * MN | 30.25 |
| 01/18 | DEBIT CARD PAYMENT, *****72009833556, AUT 011422 VISA DDA PUR<br>APPLE COM BILL        866 712 7753  * CA | 9.99 |
| 01/18 | DEBIT CARD PURCHASE, *****72009833556, AUT 011422 VISA DDA PUR<br>DUNKIN  354473 Q35      207 229 8600  * ME | 3.77 |
| 01/19 | DEBIT CARD PURCHASE, *****72009833556, AUT 011822 VISA DDA PUR<br>MAINE TURNPIKE AUTHORITY   888 6827277   * ME | 86.22 |
| 01/19 | DEBIT CARD PURCHASE, *****72009833556, AUT 011622 VISA DDA PUR<br>AMZN MKTP US XD86M9HI3    AMZN COM BILL * WA | 18.06 |
| 01/19 | DEBIT CARD PURCHASE, *****72009833556, AUT 011822 VISA DDA PUR<br>EXPERIAN  CREDIT REPORT    479 3436237   * CA | 9.99 |
| 01/19 | DEBIT CARD PURCHASE, *****72009833556, AUT 011822 VISA DDA PUR<br>AMAZON DIGIT DT35V1FD3    AMZN COM BILL * WA | 4.21 |
| 01/19 | DEBIT CARD PAYMENT, *****72009833556, AUT 011822 VISA DDA PUR<br>APPLE COM BILL        866 712 7753  * CA | 0.99 |
| 01/20 | ELECTRONIC PMT-WEB, COMENITY PAY BH WEB PYMT P****9872523970 | 155.00 |
| 01/20 | DEBIT CARD PURCHASE, *****72009833556, AUT 011922 VISA DDA PUR<br>AXEL GLADE            HTTPSAXELGLAD * FL | 102.32 |

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOSEPH RALLO
DIP CASE 21-20135 DIST ME

| | |
|---|---|
| Page: | 4 of 6 |
| Statement Period: | Jan 11 2022-Feb 10 2022 |
| Cust Ref #: | ###-### |
| Primary Account #: | 6273 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/20 | DEBIT CARD PURCHASE, *****72009833556, AUT 011922 VISA DDA PUR       FRENCH NAILS   SPA       KENNEBUNK    * ME | 78.00 |
| 01/20 | DEBIT CARD PURCHASE, *****72009833556, AUT 011922 VISA DDA PUR       AMZN MKTP US IW1DM4O43      AMZN COM BILL * WA | 73.84 |
| 01/20 | ELECTRONIC PMT-WEB, PAYMENT FOR AMZ STORECARD ****39453 | 70.00 |
| 01/20 | DEBIT CARD PAYMENT, *****72009833556, AUT 011922 VISA DDA PUR       PROGRESSIVE LEASING       877 898 1970  * UT | 64.86 |
| 01/20 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****034542600 | 50.00 |
| 01/20 | DEBIT CARD PURCHASE, *****72009833556, AUT 011922 VISA DDA PUR       MCDONALD S F20090       KENNEBUNK    * ME | 8.19 |
| 01/20 | DEBIT CARD PURCHASE, *****72009833556, AUT 011922 VISA DDA PUR       DUNKIN  352202 Q35       978 682 2382  * ME | 3.77 |
| 01/21 | DEBIT CARD PAYMENT, *****72009833556, AUT 012022 VISA DDA PUR       APPLE COM BILL       866 712 7753  * CA | 10.54 |
| 01/21 | DEBIT CARD PURCHASE, *****72009833556, AUT 012022 VISA DDA PUR       DUNKIN  352202 Q35       978 682 2382  * ME | 3.77 |
| 01/24 | DEBIT CARD PURCHASE, *****72009833556, AUT 012222 VISA DDA PUR       AMZN MKTP US ZL4BT8MJ3      AMZN COM BILL * WA | 42.19 |
| 01/24 | DEBIT CARD PURCHASE, *****72009833556, AUT 012222 VISA DDA PUR       AMZN MKTP US L33EU4R43 A    AMZN COM BILL * WA | 31.64 |
| 01/24 | DEBIT CARD PURCHASE, *****72009833556, AUT 012122 VISA DDA PUR       DUNKIN  354473 Q35       207 229 8600  * ME | 3.77 |
| 01/25 | DEBIT CARD PURCHASE, *****72009833556, AUT 012422 VISA DDA PUR       EXPERIAN  CREDIT REPORT    479 3436237   * CA | 19.99 |
| 01/25 | DEBIT CARD PURCHASE, *****72009833556, AUT 012422 VISA DDA PUR       DUNKIN  354473 Q35       207 229 8600  * ME | 3.77 |
| 01/25 | DEBIT CARD PURCHASE, *****72009833556, AUT 012422 VISA DDA PUR       DUNKIN  352202 Q35       978 682 2382  * ME | 2.15 |
| 01/26 | DEBIT CARD PURCHASE, *****72009833556, AUT 012222 VISA DDA PUR       AMZN MKTP US BS9AS42H3     AMZN COM BILL * WA | 97.79 |
| 01/26 | DEBIT CARD PAYMENT, *****72009833556, AUT 012522 VISA DDA PUR       PROGRESSIVE LEASING       877 898 1970  * UT | 55.65 |
| 01/27 | DEBIT CARD PURCHASE, *****72009833556, AUT 012522 VISA DDA PUR       WALMART COM AA       800 966 6546  * AR | 229.57 |
| 01/27 | DEBIT POS, *****72009833556, AUT 012722 DDA PURCHASE       CIRCLE K 07046 401 US     SCARBOROUGH   * ME | 39.01 |
| 01/27 | DEBIT CARD PURCHASE, *****72009833556, AUT 012622 VISA DDA PUR       JOJOS THAI KITCHEN       877 8144102   * ME | 18.45 |
| 01/28 | DEBIT CARD PURCHASE, *****72009833556, AUT 012622 VISA DDA PUR       AMZN MKTP US LO3653A73     AMZN COM BILL * WA | 14.34 |
| 01/28 | DEBIT CARD PAYMENT, *****72009833556, AUT 012722 VISA DDA PUR       APPLE COM BILL       408 974 1010  * CA | 13.70 |
| 01/31 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****182263384 | 300.00 |
| 01/31 | ELECTRONIC PMT-WEB, PAYMENT FOR AMZ STORECARD ****72513 | 247.99 |

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JOSEPH RALLO
DIP CASE 21-20135 DIST ME

Page: 5 of 6
Statement Period: Jan 11 2022-Feb 10 2022
Cust Ref #: ###
Primary Account #: 6273

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31 | DEBIT CARD PAYMENT, *****72009833556, AUT 012822 VISA DDA PUR<br>PROGRESSIVE LEASING    877 898 1970  * UT | 64.86 |
| 01/31 | DEBIT CARD PAYMENT, *****72009833556, AUT 012822 VISA DDA PUR<br>APPLE COM BILL    866 712 7753  * CA | 39.00 |
| 01/31 | DEBIT CARD PURCHASE, *****72009833556, AUT 012522 VISA DDA PUR<br>WALMART COM AA    800 966 6546  * AR | 27.70 |
| 01/31 | DEBIT CARD PURCHASE, *****72009833556, AUT 012822 VISA DDA PUR<br>AROMA JOES COFFEE  8    BIDDEFORD    * ME | 11.96 |
| 01/31 | DEBIT CARD PURCHASE, *****72009833556, AUT 012722 VISA DDA PUR<br>AROMA JOES COFFEE  8    BIDDEFORD    * ME | 9.34 |
| 02/01 | DEBIT CARD PAYMENT, *****72009833556, AUT 013122 VISA DDA PUR<br>ATT  BILL PAYMENT    800 331 0500  * TX | 327.40 |
| 02/02 | DEBIT CARD PURCHASE, *****72009833556, AUT 020122 VISA DDA PUR<br>BR BUMPER COM    332 225 9745  * NY | 13.44 |
| 02/03 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****274832799 | 450.00 |
| 02/03 | DEBIT CARD PAYMENT, *****72009833556, AUT 020222 VISA DDA PUR<br>PROGRESSIVE LEASING    877 898 1970  * UT | 62.54 |
| 02/03 | DEBIT CARD PURCHASE, *****72009833556, AUT 020122 VISA DDA PUR<br>APPLE COM BILL    408 974 1010  * CA | 34.79 |
| 02/04 | DEBIT POS, *****72009833556, AUT 020422 DDA PURCHASE<br>BIG APPLE  1065    ARUNDEL    * ME | 44.00 |
| 02/04 | DEBIT CARD PURCHASE, *****72009833556, AUT 020322 VISA DDA PUR<br>ROMEO S    877 2901975  * ME | 20.30 |
| 02/04 | DEBIT CARD PURCHASE, *****72009833556, AUT 020322 VISA DDA PUR<br>DUNKIN  354473 Q35    207 229 8600  * ME | 5.05 |
| 02/04 | DEBIT CARD PURCHASE, *****72009833556, AUT 020222 VISA DDA PUR<br>AMZN MKTP US I13VG4QV3    AMZN COM BILL * WA | 1.04 |
| 02/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 020522 VISA DDA PUR<br>LLBEAN FREEPORT    FREEPORT    * ME | 203.15 |
| 02/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 020422 VISA DDA PUR<br>BLIPPI    165 02396947  * CA | 75.00 |
| 02/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 020422 VISA DDA PUR<br>APPLEBEES SOUT31231509    SOUTH PORTLAN * ME | 47.42 |
| 02/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 020422 VISA DDA PUR<br>UNIFIED PARKING PARTNERS    207 7474230  * ME | 43.00 |
| 02/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 020322 VISA DDA PUR<br>AROMA JOES COFFEE  8    BIDDEFORD    * ME | 11.77 |
| 02/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 020422 VISA DDA PUR<br>UNIFIED PARKING PARTNERS    PORTLAND    * ME | 10.00 |
| 02/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 020422 VISA DDA PUR<br>UNIFIED PARKING PARTNERS    PORTLAND    * ME | 10.00 |
| 02/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 020422 VISA DDA PUR<br>AROMA JOES  51    KENNEBUNK    * ME | 9.34 |
| 02/08 | ACH DEBIT, KENNEBUNK LIGHT ACHCOLLECT 6369742 | 260.06 |

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JOSEPH RALLO
DIP CASE 21-20135 DIST ME

Page:                    6 of 6
Statement Period:        Jan 11 2022-Feb 10 2022
Cust Ref #:              ▓-###
Primary Account #:       ▓6273

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 02/09 | DEBIT CARD PURCHASE, *****72009833556, AUT 020822 VISA DDA PUR<br>AMZN MKTP US 5S5XB4F83    AMZN COM BILL * WA | 24.21 |
| 02/10 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****395610315 | 200.00 |
| 02/10 | DEBIT POS, *****72009833556, AUT 021022 DDA PURCHASE<br>BIG APPLE  1065         ARUNDEL     * ME | 46.51 |
| 02/10 | DEBIT CARD PURCHASE, *****72009833556, AUT 020822 VISA DDA PUR<br>AROMA JOES COFFEE   8     BIDDEFORD    * ME | 13.50 |
|  | Subtotal: | 5,427.58 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 01/10 | 1,079.93 | 01/27 | 610.10 |
| 01/11 | 1,032.55 | 01/28 | 1,704.05 |
| 01/12 | 752.52 | 01/31 | 1,003.20 |
| 01/13 | 721.05 | 02/01 | 675.80 |
| 01/14 | 1,493.09 | 02/02 | 1,105.61 |
| 01/18 | 783.14 | 02/03 | 558.28 |
| 01/19 | 663.67 | 02/04 | 1,227.92 |
| 01/20 | 57.69 | 02/07 | 1,015.24 |
| 01/21 | 1,149.57 | 02/08 | 755.18 |
| 01/24 | 1,071.97 | 02/09 | 730.97 |
| 01/25 | 1,050.57 | 02/10 | 470.96 |
| 01/26 | 897.13 | | |

Call 1-800-295-7400 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOSEPH RALLO
DIP CASE 21-20135 DIST ME
93 LIMERICK ROAD
ARUNDEL ME  04046

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Feb 11 2022-Mar 10 2022 |
| Cust Ref #: | |
| Primary Account #: | 6273 |

## Overdraft Policy Change Effective April 8, 2022

The following change applies only to Commercial and Small Business Checking Accounts and Money Market Accounts with check access:  TD is making changes to reduce Customer overdraft fees:  Instead of charging an overdraft fee if you overdraw your account by greater than $10, you may now overdraw your account by up to $50 without TD charging you an overdraft fee.

For Business Checking accounts on Account Analysis Billing, all overdrafts, regardless of volume, are billed through Account Analysis.  Please contact your Treasury Management Officer for further details.

### Chapter 11 Checking

JOSEPH RALLO
DIP CASE 21-20135  DIST ME

Account #

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 470.96 | Average Collected Balance | 900.99 |
| Electronic Deposits | 4,872.94 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 4,647.10 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 696.80 | Days in Period | 28 |

#### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/11 | ACH DEPOSIT, TOP TO BOTTOM LL NET=PAY 3 | 1,106.19 |
| 02/11 | RTP RCVD, VENMO | 448.18 |
| 02/18 | ACH DEPOSIT, TOP TO BOTTOM LL NET=PAY 3 | 1,106.19 |
| 02/25 | ACH DEPOSIT, TOP TO BOTTOM LL NET=PAY 3 | 1,106.19 |
| 03/04 | ACH DEPOSIT, TOP TO BOTTOM LL NET=PAY 3 | 1,106.19 |
| | Subtotal: | 4,872.94 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/11 | DEBIT CARD PURCHASE, *****72009833556, AUT 020922 VISA DDA PUR<br>  AROMA JOES COFFEE  8     BIDDEFORD    * ME | 13.50 |
| 02/11 | DEBIT CARD PURCHASE, *****72009833556, AUT 021022 VISA DDA PUR<br>  MCDONALD S F20090       KENNEBUNK    * ME | 3.78 |
| 02/14 | DEBIT CARD PURCHASE, *****72009833556, AUT 021122 VISA DDA PUR<br>  SUNBELT RENTALS  284     SCARBOROUGH   * ME | 609.00 |
| 02/14 | DEBIT CARD PURCHASE, *****72009833556, AUT 021122 VISA DDA PUR<br>  JETBLUE    279218499848    SALT LAKE CTY * UT | 374.38 |
| 02/14 | DEBIT CARD PURCHASE, *****72009833556, AUT 020722 VISA DDA PUR<br>  WALMART COM AA        8009666546    * AR | 205.12 |
| 02/14 | DEBIT POS, *****72009833556, AUT 021222 DDA PURCHASE<br>  TALBOTS   4009 14 SETTLE    NORTH CONWAY  * NH | 95.63 |

Call 1-800-295-7400 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Page: 2 of 5

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 696.80 |
| ② Total Deposits | + |
| ③ Sub Total | |
| ④ Total Withdrawals | - |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOSEPH RALLO
DIP CASE 21-20135 DIST ME

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Feb 11 2022-Mar 10 2022 |
| Cust Ref #: | |
| Primary Account #: | 6273 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/14 | DEBIT CARD PURCHASE, *****72009833556, AUT 021122 VISA DDA PUR<br>SHEIN COM        US SHEIN COM  * DE | 70.84 |
| 02/14 | DEBIT CARD PAYMENT, *****72009833556, AUT 021122 VISA DDA PUR<br>PROGRESSIVE LEASING     877 898 1970  * UT | 64.86 |
| 02/14 | DEBIT CARD PURCHASE, *****72009833556, AUT 021122 VISA DDA PUR<br>ALLIANZ TRAVEL INS      ALLIANZINS US * VA | 47.26 |
| 02/14 | DEBIT CARD PURCHASE, *****72009833556, AUT 021322 VISA DDA PUR<br>AMAZON COM G98EI2743 AMZ   AMZN COM BILL * WA | 18.55 |
| 02/14 | DEBIT CARD PURCHASE, *****72009833556, AUT 021022 VISA DDA PUR<br>AROMA JOES   51       KENNEBUNK    * ME | 7.94 |
| 02/14 | DEBIT CARD PURCHASE, *****72009833556, AUT 021022 VISA DDA PUR<br>AROMA JOES COFFEE  8     BIDDEFORD    * ME | 7.40 |
| 02/14 | DEBIT CARD PAYMENT, *****72009833556, AUT 021322 VISA DDA PUR<br>APPLE COM BILL        866 712 7753  * CA | 5.26 |
| 02/15 | DEBIT CARD PURCHASE, *****72009833556, AUT 021122 VISA DDA PUR<br>NORTH CONWAY GRAND HOTEL   NORTH CONWAY  * NH | 389.52 |
| 02/15 | DEBIT CARD PAYMENT, *****72009833556, AUT 021422 VISA DDA PUR<br>APPLE COM BILL        866 712 7753  * CA | 9.99 |
| 02/16 | DEBIT CARD PURCHASE, *****72009833556, AUT 021522 VISA DDA PUR<br>DAIRY QUEEN   12691     BIDDEFORD    * ME | 8.07 |
| 02/22 | DEBIT CARD PURCHASE, *****72009833556, AUT 021822 VISA DDA PUR<br>CASELLA WASTE SYSTEM      802 775 0325  * VT | 393.32 |
| 02/22 | DEBIT POS, *****72009833556, AUT 022122 DDA PURCHASE<br>CIRCLE K 07054 59 PORT    KENNEBUNK    * ME | 40.00 |
| 02/22 | DEBIT CARD PAYMENT, *****72009833556, AUT 022022 VISA DDA PUR<br>APPLE COM BILL        866 712 7753  * CA | 10.54 |
| 02/22 | DEBIT CARD PAYMENT, *****72009833556, AUT 021822 VISA DDA PUR<br>APPLE COM BILL        408 974 1010  * CA | 0.99 |
| 02/24 | DEBIT CARD PAYMENT, *****72009833556, AUT 022322 VISA DDA PUR<br>ATT  BILL PAYMENT     800 331 0500  * TX | 296.50 |
| 02/25 | DEBIT CARD PURCHASE, *****72009833556, AUT 021922 VISA DDA PUR<br>WALMART COM AA       800 966 6546  * AR | 277.50 |
| 02/25 | ACH DEBIT, PROGRESSIVELEASE PMTS ****96062 | 89.47 |
| 02/25 | DEBIT CARD PURCHASE, *****72009833556, AUT 022322 VISA DDA PUR<br>TM  MPA HIGH SCHOOL BA    800 653 8000  * CA | 54.95 |
| 02/25 | DEBIT CARD PAYMENT, *****72009833556, AUT 022422 VISA DDA PUR<br>EXPERIAN  CREDIT REPORT    479 3436237  * CA | 19.99 |
| 02/25 | DEBIT CARD PURCHASE, *****72009833556, AUT 022422 VISA DDA PUR<br>PRIME VIDEO 1I6728PL0     888 802 3080  * WA | 14.23 |
| 02/28 | DEBIT CARD PURCHASE, *****72009833556, AUT 022622 VISA DDA PUR<br>EXTRA SPACE 7683      888 5869658  * ME | 335.92 |
| 02/28 | DEBIT POS, *****72009833556, AUT 022622 DDA PURCHASE<br>TJ MAXX   411 MARINER     BIDDEFORD    * ME | 75.88 |

# TD Bank
### America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOSEPH RALLO
DIP CASE 21-20135 DIST ME

Page: 4 of 5
Statement Period: Feb 11 2022-Mar 10 2022
Cust Ref #:
Primary Account #: ▇▇▇▇▇▇6273

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 02/28 | DEBIT POS, *****72009833556, AUT 022622 DDA PURCHASE<br>HANNAFORD 8403     KENNEBUNK   * ME | 75.54 |
| 02/28 | DEBIT CARD PAYMENT, *****72009833556, AUT 022522 VISA DDA PUR<br>PROGRESSIVE LEASING    877 898 1970  * UT | 64.86 |
| 02/28 | DEBIT CARD PURCHASE, *****72009833556, AUT 022622 VISA DDA PUR<br>EXTRA SPACE 7683    ARUNDEL    * ME | 47.00 |
| 02/28 | DEBIT CARD PURCHASE, *****72009833556, AUT 022722 VISA DDA PUR<br>APPLE COM BILL     866 712 7753  * CA | 37.94 |
| 02/28 | DEBIT CARD PURCHASE, *****72009833556, AUT 022622 VISA DDA PUR<br>THE LOBSTER COMPANY    ARUNDEL   * ME | 34.45 |
| 02/28 | DEBIT CARD PURCHASE, *****72009833556, AUT 022522 VISA DDA PUR<br>PRIME VIDEO 1B6JA0R92    888 802 3080  * WA | 5.26 |
| 03/02 | DEBIT CARD PURCHASE, *****72009833556, AUT 022822 VISA DDA PUR<br>TROIANO TRANSFER STATION  S PORTLAND  * ME | 48.18 |
| 03/02 | DEBIT CARD PAYMENT, *****72009833556, AUT 030122 VISA DDA PUR<br>BR BUMPER COM      332 225 9745  * NY | 13.44 |
| 03/03 | DEBIT CARD PURCHASE, *****72009833556, AUT 030122 VISA DDA PUR<br>TST  DUFFYS TAVERN  GRI   207 985 0050  * ME | 72.37 |
| 03/03 | DEBIT CARD PURCHASE, *****72009833556, AUT 030222 VISA DDA PUR<br>AMZN MKTP US 1W1CO7AW0    AMZN COM BILL * WA | 40.02 |
| 03/04 | DEBIT CARD PAYMENT, *****72009833556, AUT 030322 VISA DDA PUR<br>APPLE COM BILL     408 974 1010  * CA | 34.78 |
| 03/07 | TD ATM DEBIT, *****72009833556, AUT 030522 DDA WITHDRAW<br>353 CENTRAL AVE     DOVER     * NH | 400.00 |
| 03/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 030422 VISA DDA PUR<br>CVS PHARMACY 07410     KENNEBUNK   * ME | 88.63 |
| 03/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 030522 VISA DDA PUR<br>SQ  LICKEE S  CHEWY S C   DOVER    * NH | 48.99 |
| 03/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 030522 VISA DDA PUR<br>LAFESTA BRICK   BREW P    603 7434100  * NH | 42.25 |
| 03/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 030622 VISA DDA PUR<br>PRIME VIDEO 1W2ZA9DG0    888 802 3080  * WA | 21.09 |
| 03/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 030622 VISA DDA PUR<br>ARUNDEL MARKET   DELI    ARUNDEL    * ME | 15.09 |
| 03/07 | DEBIT CARD PURCHASE, *****72009833556, AUT 030522 VISA DDA PUR<br>LAFESTA BRICK   BREW P    603 7434100  * NH | 2.71 |
| 03/10 | DEBIT CARD PURCHASE, *****72009833556, AUT 030922 VISA DDA PUR<br>PRIME VIDEO 1W0JY6MY2    888 802 3080  * WA | 4.21 |
| 03/10 | DEBIT CARD PURCHASE, *****72009833556, AUT 030922 VISA DDA PUR<br>SNACK SODA VENDING     LEWISTON   * ME | 3.60 |

Call 1-800-295-7400 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOSEPH RALLO
DIP CASE 21-20135 DIST ME

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Feb 11 2022-Mar 10 2022 |
| Cust Ref #: | # |
| Primary Account #: | 6273 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/10 | DEBIT CARD PURCHASE, *****72009833556, AUT 030922 VISA DDA PUR<br>PRIME VIDEO 1Z83M5FJ0      888 802 3080  * WA | 3.15 |
| 03/10 | DEBIT CARD PURCHASE, *****72009833556, AUT 030922 VISA DDA PUR<br>CMS CASCO BAY VENDING LL    LEWISTON     * ME | 1.90 |
| 03/10 | DEBIT CARD PURCHASE, *****72009833556, AUT 030922 VISA DDA PUR<br>SNACK SODA VENDING        LEWISTON     * ME | 1.25 |
| | Subtotal: | 4,647.10 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/10 | 470.96 | 02/25 | 1,109.12 |
| 02/11 | 2,008.05 | 02/28 | 432.27 |
| 02/14 | 501.81 | 03/02 | 370.65 |
| 02/15 | 102.30 | 03/03 | 258.26 |
| 02/16 | 94.23 | 03/04 | 1,329.67 |
| 02/18 | 1,200.42 | 03/07 | 710.91 |
| 02/22 | 755.57 | 03/10 | 696.80 |
| 02/24 | 459.07 | | |



PO Box 310, Camden, ME 04843

**Contact Us**
Customer Assistance Center: 1-800-860-8821
Telephone Banking Services: 1-800-887-7874
CamdenNational.com

| | |
|---|---|
| Page: | **1 of 4** |
| Statement Date: | **02/28/22** |
| Primary Account: | ▮▮▮▮661 |



Joseph Rallo
d/b/a True North Construction
93 Limerick Rd
Arundel, ME 04046-8149

| Summary of Accounts | | |
|---|---|---|
| Account Number | Type of Account | Current Balance |
| ▮▮▮▮6661 | Business Promise Checking | $99.82 |



We're wasting no time, or paper. If your account is enrolled in paperless statements, you'll find your tax forms under "Statements & Notices". Keeping it quick and easy.

Questions? We're here for you 24/7 at 800-860-8821, or connect with us in digital banking.



**Camden National Bank**

Joseph Rallo
d/b/a True North Construction
93 Limerick Rd
Arundel, ME 04046-8149

Page: **2 of 4**
Statement Date: **02/28/22**
Primary Account: ████6661

## Business Promise Checking                                        Account ████6661

Account Title:   Joseph Rallo
                 d/b/a True North Construction

| | | | |
|---|---|---|---|
| Business Promise Checking | | Acct. Enclosures | 0 |
| Account Number | ████6661 | Statement Dates | 2/01/22 thru 2/28/22 |
| Balance Last Statement | $562.89 | Days in the statement period | 28 |
| 4 Deposits/Credits | $2,437.66 | Average Ledger Bal. | $47.79 |
| 18 Checks/Debits | $2,900.73 | Average Collected Bal. | $47.79 |
| Service Charge | $.00 | | |
| Interest Paid | $.00 | | |
| Balance This Statement | $99.82 | | |

### Summary of Deposits

| Reference | Date | Amount | Reference | Date | Amount | Reference | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | 2/01 | 201.93 | | 2/08 | 1,580.00 | | | |
| | 2/02 | 458.73 | | 2/28 | 197.00 | | | |

### Summary of Withdrawals

| Date | Description | Amount |
|---|---|---|
| 2/01 | HANCOCK LUMBER SACO DBT CRD 0948 01/31/22 68962902 207-627-7676 ME | 299.32 |
| 2/01 | F150LEDS.COM DBT CRD 1924 02/01/22 50834815 HTTPSF150LEDS GA C#0850 | 364.00 |
| 2/01 | Credit One Bank Payment WEB 46053352 WEB000004 122402138624170 | 458.73 |
| 2/02 | SKYNOVA / AYNAX DBT CRD 0233 02/01/22 07913381 SKYNOVA.COM PA C#0850 | 15.00 |
| 2/02 | Return Item Charge | 35.00 |
| 2/07 | CCBill.com *OnlyFans DBT CRD 1003 02/02/22 78146800 888-5969279 CA C#0850 | 4.99 |
| 2/07 | CCBill.com *OnlyFans DBT CRD 1006 02/02/22 79854790 888-5969279 CA C#0850 | 9.99 |
| 2/07 | CCBill.com *OnlyFans DBT CRD 1006 02/02/22 79996405 888-5969279 CA C#0850 | 20.00 |
| 2/07 | CASELLA WASTE SYSTEM DBT CRD 1708 02/04/22 33266453 802-775-0325 VT | 5.84 |
| 2/08 | NST THE HOME DEPOT 000160 POS DEB 0945 02/08/22 12689601 550 ALFRED ST | 572.46 |
| 2/08 | NST THE HOME DEPOT 000353 POS DEB 1104 02/08/22 11226201 550 ALFRED ST | 286.92 |
| 2/09 | HRBLOCK RETAIL DBT CRD 1844 02/07/22 26688755 BIDDEFORD ME C#0850 | 368.00 |
| 2/09 | INTUIT *QuickBooks Onl DBT CRD 0359 02/08/22 59457797 CL.INTUIT.COM CA | 25.00 |
| 2/09 | Associated EyeCare PA DBT CRD 0746 02/08/22 96184277 Sanford ME C#0850 | 174.00 |
| 2/09 | Morse Hardware And Lum DBT CRD 1043 02/08/22 02262741 Wells ME C#0850 | 15.30 |
| 2/10 | CKE*BANDALOOP KENNEBUN DBT CRD 1710 02/08/22 34144723 ARUNDEL ME | 147.69 |
| 2/28 | ARUNDEL MARKET & DELI DBT CRD 1611 02/26/22 98784005 ARUNDEL ME | 14.25 |
| 2/28 | SOUTHERN ME INDOOR FLE DBT CRD 1441 02/27/22 44924295 SCARBOROUGH | 84.24 |

### Transaction Activity

| Date | Description | Withdrawal(-) | Deposit(+) | Balance |
|---|---|---|---|---|
| 2/01 | VENMO*Rallo Joseph POS CRE 2010 01/31/22 12267961 VENMO*Rallo Joseph New York City NY C#0850 | | 201.93 | 764.82 |
| 2/01 | HANCOCK LUMBER SACO DBT CRD 0948 01/31/22 68962902 207-627-7676 ME C#0850 | 299.32- | | 465.50 |
| 2/01 | F150LEDS.COM DBT CRD 1924 02/01/22 50834815 HTTPSF150LEDS GA C#0850 | 364.00- | | 101.50 |
| 2/01 | Credit One Bank Payment WEB 46053352 WEB000004 122402138624170 | 458.73- | | 357.23- |
| 2/02 | Returned Check | | 458.73 | 101.50 |

# Camden National Bank

Joseph Rallo
d/b/a True North Construction
93 Limerick Rd
Arundel, ME 04046-8149

Page: 3 of 4
Statement Date: **02/28/22**
Primary Account: 6661

| Transaction Activity (Continued) | | | | |
|---|---|---|---|---|
| Date | Description | Withdrawal(-) | Deposit(+) | Balance |
| 2/02 | SKYNOVA / AYNAX DBT CRD 0233 02/01/22 07913381 SKYNOVA.COM PA C#0850 | 15.00- | | 86.50 |
| 2/02 | Return Item Charge | 35.00- | | 51.50 |
| 2/07 | CCBill.com *OnlyFans DBT CRD 1003 02/02/22 78146800 888-5969279 CA C#0850 | 4.99- | | 46.51 |
| 2/07 | CCBill.com *OnlyFans DBT CRD 1006 02/02/22 79854790 888-5969279 CA C#0850 | 9.99- | | 36.52 |
| 2/07 | CCBill.com *OnlyFans DBT CRD 1006 02/02/22 79996405 888-5969279 CA C#0850 | 20.00- | | 16.52 |
| 2/07 | CASELLA WASTE SYSTEM DBT CRD 1708 02/04/22 33266453 802-775-0325 VT C#0850 | 5.84- | | 10.68 |
| 2/08 | VENMO*Rallo Joseph POS CRE 2206 02/07/22 14175946 VENMO*Rallo Joseph New York City NY C#0850 | | 1,580.00 | 1,590.68 |
| 2/08 | NST THE HOME DEPOT 000160 POS DEB 0945 02/08/22 12689601 550 ALFRED ST BIDDEFORD ME C#0850 | 572.46- | | 1,018.22 |
| 2/08 | NST THE HOME DEPOT 000353 POS DEB 1104 02/08/22 11226201 550 ALFRED ST BIDDEFORD ME C#0850 | 286.92- | | 731.30 |
| 2/09 | HRBLOCK RETAIL DBT CRD 1844 02/07/22 26688755 BIDDEFORD ME C#0850 | 368.00- | | 363.30 |
| 2/09 | INTUIT *QuickBooks Onl DBT CRD 0359 02/08/22 59457797 CL.INTUIT.COM CA C#0850 | 25.00- | | 338.30 |
| 2/09 | Associated EyeCare PA DBT CRD 0746 02/08/22 96184277 Sanford ME C#0850 | 174.00- | | 164.30 |
| 2/09 | Morse Hardware And Lum DBT CRD 1043 02/08/22 02262741 Wells ME C#0850 | 15.30- | | 149.00 |
| 2/10 | CKE*BANDALOOP KENNEBUN DBT CRD 1710 02/08/22 34144723 ARUNDEL ME C#0850 | 147.69- | | 1.31 |
| 2/28 | VENMO*Rallo Joseph POS CRE 1949 02/26/22 11512366 VENMO*Rallo Joseph New York City NY C#0850 | | 197.00 | 198.31 |
| 2/28 | ARUNDEL MARKET & DELI DBT CRD 1611 02/26/22 98784005 ARUNDEL ME C#0850 | 14.25- | | 184.06 |
| 2/28 | SOUTHERN ME INDOOR FLE DBT CRD 1441 02/27/22 44924295 SCARBOROUGH ME C#0850 | 84.24- | | 99.82 |

| Itemization of Overdraft and Returned Item Fees | | |
|---|---|---|
| | Total For This Period | Total Year-to-Date |
| Total Overdraft item fees | 0.00 | 0.00 |
| Total Return item fees | 35.00 | 175.00 |

**Camden NATIONAL BANK**

Joseph Rello
d/b/a True North Construction
93 Limerick Rd
Arundel, ME 04046-8149

Page: **4 of 4**
Statement Date: **02/28/22**
Primary Account: ████**6661**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**
Contact us as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt.
Call us at:   (800) 860-8821
Or
Write to:    Camden National Bank
             ATTN: Deposit and Payment Services
             245 Commercial Street
             Rockport, ME 04856

We must hear from you no later than 60 days after we send you the *first* statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.